IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONESH BALKARAN | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL PURSUANT TO** |
| | ) **F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | ) |
| -against- | ) Case No.:1:14-cv-147 DNH-CFH |
| | ) |
| EDWIN R. WINDLE, M.D., MICHELE M. BOWDY, M.D., | ) |
| NATARAJAN RAVI, M.D., and HOMETOWN HEALTH CENTER | ) |
| | ) |
| Defendants, | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Moonesh Balkaran and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Edwing R. Windle, M.D., Michele M. Bowdy, M.D., Natarajan Ravi, M.D., and Hometown Health Center.

DATED:  February 20, 2014

_____
By: Kristie Halloran Hanson, Esq.
HANSON LAW FIRM, P.C.
1801 Altamont Avenue
Schenectady, New York 12303
(518) 355-4525